381 A.2d 897

Commonwealth v. Little, Appellant.

Argued September 13, 1977. Terry W. Clemons, Assistant Public Defender, with him Richard R. Fink, Chief Public Defender, for appellant; Peter F. Schenck, Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.